# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **NICHOLAS THOMSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| **INTERNATIONAL PAPER** ) | |
| **CO. and LEON HOSPODARSKY,** ) | |
| **Individually and in his Corporate** ) | |
| **Capacity,** ) | |
| **Defendants.** ) | |

## INTERNATIONAL PAPER COMPANY'S AND LEON HOSPODARSKY'S NOTICE OF REMOVAL

Defendants, International Paper Company ("IP") and Leon Hospodarsky ("Hospodarsky") (collectively "Defendants"), in accordance with 28 U.S.C. §§ 1331 and 1441, and 1446, hereby remove this action currently pending in the Iowa District Court for Linn County, designated as Cause No. LACV094945. In support, Defendants state as follows:

1. On or about February 11, 2020, Plaintiff filed an Original Noticein the Iowa District Court for Linn County. A copy of the Summons is attached as Exhibit A.

2. On or about February 11, 2020, Plaintiff filed a Petition against IP and Hospodarsky in the Iowa District Court for Linn County. A copy of the Complaint is attached as Exhibit B.

4. A copy of the Petition and Original Notice was served on Hospodarsky on February 25, 2020. On February 26, 2020, the Linn County Sheriff filed an affidavit of service on Hospodarsky, a copy of which is attached as Exhibit C.

5. A copy of the Petition and Original Notice was served on IP on February 27, 2020. On February 27, 2020, the Polk County Sheriff filed an affidavit of service on IP, a copy of which is attached as Exhibit D.

6. On March 16, 2020, Ethan S. Olson, of the lawfirm Nyemaster Goode, P.C., filed an appearance on behalf of Defendants in the state court proceedings. A copy of Olson's appearance is attached hereto as Exhibit E.

7. This notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b), having been filed within 30 days after receipt by Defendants of a copy of the initial pleading setting forth Plaintiff's claim for relief.

8. Venue is proper in this Court. This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, it is the proper district court to which this case should be removed. See 28 U.S.C. §§ 1441(a) and 1446(a).

9. Plaintiff asserts claims against IP for violations of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.* and the Family Medical Leave Act, 29 U.S.C. §2301, *et seq.*

10. Plaintiff asserts claims against Hospodarsky of violation of the Family Medical Leave Act, 29 U.S.C. §2301, *et seq.*

11. Plaintiff asserts state law claims against IP and Hospodarsky for violation of the Iowa Civil Rights Act, Iowa Code Chapter 216 and Defamation.

12. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction of this action under federal question jurisdiction, pursuant to 28 U.S.C. § 1331, as this action involves claims under the laws of the United States – specifically, the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.* and the Family Medical Leave Act, 29 U.S.C. §2301, *et seq.*

13. This Court has supplemental jurisdiction over the remaining state law claims. See 28 U.S.C. § 1367.

14. Copies of all state court pleadings, process and orders filed thus far are attached as exhibits to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a).

15. A copy of this Notice of Removal and its exhibits shall be filed in the Iowa District Court for Linn County.

WHEREFORE, Defendants International Paper and Hospodarsky respectfully request this case be properly removed, that the Court accept jurisdiction over the action and that this action be entered into the docket of this Court for further proceedings as if the action had originally been instituted in this Court.

Dated: March 16, 2020.

Respectfully submitted,

/s/ Ethan S. Olson
Ethan S. Olson
Stephanie G. Techau
**NYEMASTER GOODE, P.C**.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
Telephone: (319) 286-7000
Facsimile: (319) 286-7050
Email: sgtechau@nyemaster.com
eolson@nyemaster.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I presented the foregoing document to the Clerk of Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

Melissa C. Hasso
SHERINIAN & HASSO LAW FIRM
521 E. Locust Street, Suite 300
Des Moines, IA 50309
Telephone: 515-224-2079

/s/ Sharon Carney