IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| NICHOLAS THOMSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER CO. and LEON HOSPODARSKY, Individually and in his Corporate Capacities,<br><br>　　　Defendants. | Case No. _____<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:

　　　You are hereby notified that there is now on file in the office of the Clerk of the above court a Petition in the above-entitled action, a copy of which is attached hereto (along with copies of any documents filed with it). The Plaintiff's attorneys are Melissa C. Hasso and Emily E. Wilson of the law firm of Sherinian & Hasso Law Firm, whose address is 521 E. Locust Street, Suite 300, Des Moines, Iowa 50309, and whose phone number is 515-224-2079.

　　　This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI.  You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Document Management System (EDMS) at www.iowacourts.state.ia.us/efile, unless you obtain from the court an exemption from electronic filing requirements.  If you do not file your appearance, motion or answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demanded in the application.

　　　　　　　　　　Linn County Clerk of Court
　　　　　　　　　　51 Third Avenue Bridge
　　　　　　　　　　Cedar Rapids, IA 52401
　　　　　　　　　　(319) 398-3411

NOTE: The attorney who is expected to represent the Defendants should promptly advise Plaintiff of this notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA Coordinator at 1-641-421-0990 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

EXHIBIT A

# STATE OF IOWA JUDICIARY

*Case No.* LACV094945
*County* Linn

*Case Title* NICHOLAS THOMSON VS INTERNATIONAL PAPER CO ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**. (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 02/11/2020 11:16:15 AM



*District Clerk of* Linn    *County*

/s/ Breauna Emanuel